UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL KELLEY,

                                  Plaintiff,

          -against-

KENNETH PARK ARCHITECT PLLC,

                                  Defendant.

24-CV-6399 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's **August 27, 2024** Order, ECF No. **8**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described that order, no later than **November 20, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 22, 2024**.

      SO ORDERED.

Dated:  November 21, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge